BETTY RYDER, PETITIONER-APPELLANT, v. RIVERSIDE
GARDENS, INC., RESPONDENT-RESPONDENT.

Argued March 21, 1960—Decided April 25, 1960.

*Mr. Edmund J. Canzona* argued the cause for the appellant
(*Messrs. Parsons, Labrecque, Canzona & Blair,* attorneys).

*Mr. Paul B. Thompson* argued the cause for the respondent
(*Messrs. Emory, Langan, Lamb & Blake,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons
expressed in the opinion of Judge Goldmann in the court
below.

*For affirmance*—Chief Justice WEINTRAUB, and Justices
BURLING, JACOBS, FRANCIS, PROCTOR, HALL and SCHET-
TINO—7.

*For reversal*—None.